**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Anthony R. THOMAS, Defendant–**
**Appellant.**

**No. 15–30295**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 18, 2016.

Tony Gordon Sanders, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Alysson Leigh Mills, Esq., Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P., New Orleans, LA, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Anthony R. Thomas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Thomas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

